Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| Hood, Chad C | ) | CASE NO. 09-32259-PHX-SSC |
| Hood, Tawnya C | ) |  |
|  | ) | REPORT OF |
|  | ) | TRUSTEE'S SALE |
| Debtor(s). | ) |  |

Maureen Gaughan, Trustee, makes report of sale of certain assets of the debtor at

Trustee's Sale held on February 26, 2010 at 230 N First Ave Ste 102 Phoenix, AZ

| PURCHASER | ASSETS SOLD | AMOUNT |
|---|---|---|
| Chad and Tawnya Hood | 2006 Honda Odyssey EX | $1,000.00 |
| Tammie Kabeary | 1998 Chevy Blazer | $1,000.00 |

The Trustee reports that she has received payment of the purchase price.

DATED: July 21, 2010          __/s/ Maureen Gaughan _____
                              Maureen Gaughan, Trustee